**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CONTIGUITY, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 3:23-cv-00187-K** |
| **v.** | ) | |
| | ) | |
| **TRAFFIC LOGIX CORPORATION,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff, Contiguity, LLC ("Contiguity" or "Plaintiff") files this Unopposed Motion for Extension of Time for Defendant, Traffic Logix Corporation ("Traffic Logix" or "Defendant") to Respond to Complaint and respectfully shows the following:

Plaintiff filed its Complaint on January 25, 2023 and served Defendant on February 1, 2023. Defendant's response is due February 22, 2023. Defendant requests a 30-day extension to respond on or before March 24, 2023, and more needs time to prepare to defend the matter, or in the alternative, explore early resolution opportunities. Plaintiff does not oppose this request.

Wherefore, Plaintiff respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to March 24, 2023.

Respectfully Submitted

**Ramey LLP**

*/s/William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Contiguity, LLC***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules, counsel for Plaintiff, conferred with counsel for defendant on February 14, 2023 . Plaintiff is unopposed to the extension.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of February 15, 2023, with a copy of the foregoing via email.

*/s/ William P. Ramey, III*
William P. Ramey, III