IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CONTIGUITY, LLC,** | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:23-cv-00187 |
| v. | ) | |
| | ) | |
| **TRAFFIC LOGIX CORPORATION,** | ) | |
| Defendant. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Contiguity, LLC hereby files this notice of dismissal of this action for all of Plaintiff's claims. The Plaintiff stipulates that the dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent(s).

Respectfully submitted,

/s/ William P. Ramey

William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

*Attorneys for CONTIGUITY, LLC,*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that February 15, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ William P. Ramey, III*
William P. Ramey, III
